UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20364-GAYLES

UNITED STATES OF AMERICA

v.

YADIRA ESCOBAR ROJAS,

      Defendant.

**PRELIMINARY ORDER OF FORFEITURE**

**THIS MATTER** is before the Court upon motion of the United States of America (the "United States") for entry of a Preliminary Order of Forfeiture [ECF No. 19] ("Motion") against Defendant Yadira Escobar Rojas (the "Defendant"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

On August 15, 2022, the United States filed an Information charging the Defendant with wire fraud in violation of 18 U.S.C. § 1343. Information, ECF No. 1. The Information also contained forfeiture allegations, which alleged that upon conviction of a violation of 18 U.S.C. § 1343 the Defendant shall forfeit any property constituting or derived from the proceeds the defendant obtained directly or indirectly as the result of the violation of 18 U.S.C. § 1343. *See id.*

On October 31, 2022, the Court accepted the Defendant's guilty plea to the Information. *See* Minute Entry, ECF No. 12; Plea Agreement, ECF No. 13. As part of the guilty plea, the Defendant agreed to the entry of a forfeiture money judgment in the amount of $496,884.

In support of the guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction. *See* Factual Proffer, ECF No.14. The Factual Proffer also provided a basis for the forfeiture of property. *See id.*

As set forth in the factual proffer, the Defendant submitted a false and fraudulent PPP loan application and a false and fraudulent EIDL application, both on behalf of Los Molinos Trucking, Inc. The Defendant misrepresented the number of employees and payroll. Between approximately June 2, 2020, and June 18, 2020, the Defendant received approximately $341,984 in fraud proceeds. The Defendant also submitted a false and fraudulent EIDL application on behalf of Molino Fish, Inc. The Defendant misrepresented the gross revenue of that company. Between approximately July 7, 2020, and July 21, 2020, the SBA caused approximately $154,900 to be deposited into an account in the name of Molino Fish.

Based on the record in this case, the total value of the proceeds traceable to the offense of conviction is $496,884, which sum may be sought as a forfeiture money judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that:

1. Pursuant to 18 U.S.C. § 982(a)(2)(a) and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $496,884 is hereby entered against the Defendant.

2. The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

4. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend

this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

      **DONE AND ORDERED** in Miami, Florida, this 21st day of December 2022.

                                                  **DARRIN P. GAYLES**
                                                  **UNITED STATES DISTRICT JUDGE**